ENTERED NOV 0 3 2014

STATE OF MAINE
LINCOLN, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-14-01
LIN-DHM-08-27-14

OSPREY LANDING, LLC,        )
                            )
        Plaintiff,          )
                            )
v.                          )        ORDER
                            )
FIRST AMERICAN TITLE        )
INSURANCE COMPANY,          )
                            )
        Defendant.          )

This matter came before the court on Plaintiff's request for a discovery conference in accordance with Rule 26(g) of the Maine Rules of Civil Procedure. Based upon the presentations of the parties at the Rule 26(g) conference, the following discovery is hereby entered by the court:

1.      As a matter of clarification, Plaintiff's Request for Production of Documents, which was the subject of plaintiff's request for discovery conference is deemed to have been filed in this case, by stipulation of the parties.

2.      With respect to Plaintiff's Request for Production of Documents served on Defendant First American Title Company, Defendant shall file a formal response to that document request, in accordance with Rule 34 of the Maine Rules of Civil Procedure, on or before September 26, 2014.

3.      Plaintiff Osprey Landing, LLC shall file a formal response to Defendant First American Title Company's Request for Production of Documents, in accordance with Rule 34 of the Maine Rules of Civil Procedure on or before September 26, 2014.

7174324.1

DATED this 27th day of August, 2014.

**SO ORDERED:**

Justice, Superior Court

2

OSPREY LANDING LLC - PLAINTIFF

At' rney for: OSPREY LANDING LLC
J. .EY EDWARDS  - RETAINED
PRETI FLAHERTY BELIVEAU PACHIOS LLP
ONE CITY CENTER
PO BOX 9546
PORTLAND ME 04112-9546


vs
FIRST AMERICAN TITLE INSURANCE COMPANY - DEFENDANT

Attorney for: FIRST AMERICAN TITLE INSURANCE COMPANY
JAMES D POLIQUIN  - RETAINED 01/23/2014
NORMAN HANSON & DETROY LLC
TWO CANAL PLAZA
PO BOX 4600
PORTLAND ME 04112-4600

SUPERIOR COURT
LINCOLN, ss.
Docket No  WISSC-CV-2014-00001


**DOCKET RECORD**

Filing Document: COMPLAINT          Minor Case Type: CONTRACT
Filing Date: 01/07/2014

## Docket Events:
01/08/2014 FILING DOCUMENT - COMPLAINT FILED ON 01/07/2014